UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DURWOOD J. MOORE,<br><br>    Petitioner,<br><br>v.<br><br>THE STATE OF WASHINGTON,<br><br>    Respondent. | Case No. C09-5386FDB-KLS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for October 2, 2009 |

Petitioner is a state prisoner currently incarcerated at the United States Penitentiary, located in Atwater, California. Petitioner has filed a petition for writ of federal habeas corpus relief (Dkt. #1) and is proceeding pro se in this matter. This matter is before the Court on petitioner's failure to comply with the Court's order to show cause directing him to file an amended petition. (Dkt. #3). After a review of the record, the undersigned submits the following report and recommendation, recommending the Court deny the petition for failure to comply with the Court's order, and thus for failure to prosecute this matter.

## DISCUSSION

In its order to show cause, the Court informed plaintiff that he had failed to name the proper respondent in his original petition, and ordered him to file by no later than August 15, 2009, an amended petition naming the proper respondent. To date, however, petitioner has not done so.

## CONCLUSION

Because petitioner has failed to respond to the Court's order to show cause (Dkt. #3), the Court should dismiss this case without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION
Page - 1

1    Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 72(b),
2 the parties shall have ten (10) days from service of this Report and Recommendation to file written
3 objections thereto. See also Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those
4 objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit
5 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set this matter for consideration on **October 2,**
6 **2009**, as noted in the caption.

DATED this 8th day of September, 2009.

Karen L. Strombom
United States Magistrate Judge