# United States District Court

WESTERN DISTRICT OF WASHINGTON

DURWOOD J. MOORE

      v.

THE STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5386FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Magistrate Judge's report and recommendation is approved and adopted; and

Petitioner's federal *habeas corpus* petition is DISMISSED without prejudice.

| | |
|---|---|
|   October 6, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |